```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF KENTUCKY
                          LEXINGTON DIVISION
```

JENNIFER LYNN BOWMAN                                CHAPTER 13
DEBTOR                                              CASE NO. 15-52463

### OBJECTION TO MOTION FOR RELIEF FROM STAY
*******************************************

Comes now the Debtor, by counsel, and objects to Motion for Relief from Stay on the Debtors residence, filed by Christiana Trust, A Division of Wilmington Savings Fund society, FSB, as trustee for Stanwich Mortgage Loan Trust Series 2012-12 and states that she is in arrears on the post-petition mortgage payments and would require additional time be become current.

```
                              /s/ Chris A. Carter
                              Attorney for Debtors
                              Chris A. Carter
                              1717-1 Richmond Road
                              Berea, KY  40403
                              (859) 986-5829
```

NOTICE

Please Take Notice that, the forgoing shall come before the US Bankruptcy Court, Chapter 13 Courtroom, 100 East Vine Street, Lexington, Kentucky on 11/3/2016 at the hour of 9:30 or as soon thereafter as the parties may be heard.

```
                              /s/ Chris A. Carter
                              Chris A. Carter
```

CERTIFICATION OF MAILING

      This is to certify that a true and accurate copy of the foregoing Motion is being served by electronic notice through the court's ECF System on this the 18th day of October, 2016 upon the Chapter 13 Trustee, the US Trustee's office and to the Movant, Elizabeth A Carullo on behalf of Creditor Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2012-12 at ecarullo@nsattorneys.com and Bankruptcy@nsattorneys.com.

      /s/ Chris A. Carter
      Chris A. Carter