**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| In Re:<br>JENNIFER LYNN BOWMAN FKA JENNIFER LYNN ADAMS<br>**Debtor(s)**<br><br>CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST, SERIES 2012-12<br>**Movant(s)** | Case No. 15-52463<br><br>Chapter Thirteen (13)<br><br>Judge Gregory R. Schaaf |

## AGREED ORDER TO CONTINUE HEARING

The parties having agreed and the court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay previously filed by the creditors counsel, and set for hearing on November 3, 2016 at 9:30 a.m. is hereby continued until January 5, 2017 at 9:30 a.m. at the United States Bankruptcy Court, Lexington Courtroom – Ch 13, 100 East Vine Street, Lexington, KY.

**HAVE SEEN AND AGREE:**

| Counsel for Movant | Counsel for Debtors |
|---|---|
| **Nielson & Sherry, PSC** | |
| /s/ Elizabeth Carullo | /s/ Chris Cater |
| Elizabeth Carullo, (KBA# 92875) | Chris Carter |
| NS# C1602021 | 1717-1 Richmond Road |
| Nielson & Sherry, PSC | Berea, KY 40403 |
| 639 Washington Ave | Phone: 859-986-5829 |
| Newport, KY 41071 | Email: ccarter106@aol.com |
| Phone: 859-655-8460 | |
| Fax: 859-655-8461 | |
| Email: Bankruptcy@nsattorneys.com | |

# NOTICE

**Pursuant to Local Rule 9022-1(b), Elizabeth Carullo shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.**

**By Notice of Electronic Filing To:**

United States Trustee
Trustee
Debtor(s) Attorney

**By United States Mail To:**

JENNIFER LYNN BOWMAN
PO BOX 212
WACO, KY 40385