**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Gregory R. Schaaf**

IN RE: CASE NUMBER 15-52463

   Jennifer Lynn Bowman

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 11/3/2016 TIME: 09:30

APPEARANCES:

ISSUE:

| | | |
|---|---|---|
| 35 | 10/18/2016 | Motion for Relief from Stay and Abandonment as to property commonly known as 109 Elaine Drive, Richmond, KY 40475, filed by Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2012-12 |

DISPOSITION:
   Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:
Gregory R. Schaaf
Bankruptcy Judge
Dated: Thursday, November 03, 2016
(rah)**