# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| In Re:<br>　JENNIFER LYNN BOWMAN FKA<br>　JENNIFER LYNN ADAMS<br>　　**Debtor(s)**<br><br>CHRISTIANA TRUST, A DIVISION<br>OF WILMINGTON SAVINGS FUND<br>SOCIETY, FSB, AS TRUSTEE FOR<br>STANWICH MORTGAGE LOAN<br>TRUST, SERIES 2012-12<br>　　**Movant(s)** | Case No. 15-52463<br><br>Chapter Thirteen (13)<br><br>Judge Gregory R. Schaaf |

## AGREED ORDER TO CONTINUE HEARING

The parties having agreed and the court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay previously filed by the creditors counsel, and set for hearing on November 3, 2016 at 9:30 a.m. is hereby continued until January 5, 2017 at 9:30 a.m. at the United States Bankruptcy Court, Lexington Courtroom – Ch 13, 100 East Vine Street, Lexington, KY.

**HAVE SEEN AND AGREE:**

Counsel for Movant                                    Counsel for Debtors

**Nielson & Sherry, PSC**

/s/ Elizabeth Carullo                                 /s/ Chris Cater
Elizabeth Carullo, (KBA# 92875)                       Chris Carter
NS# C1602021                                          1717-1 Richmond Road
Nielson & Sherry, PSC                                 Berea, KY 40403
639 Washington Ave                                    Phone: 859-986-5829
Newport, KY 41071                                     Email: ccarter106@aol.com
Phone: 859-655-8460
Fax: 859-655-8461
Email: Bankruptcy@nsattorneys.com

### NOTICE

**Pursuant to Local Rule 9022-1(b), Elizabeth Carullo shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.**

**By Notice of Electronic Filing To:**

United States Trustee
Trustee
Debtor(s) Attorney

**By United States Mail To:**

JENNIFER LYNN BOWMAN
PO BOX 212
WACO, KY 40385

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: **Thursday, November 03, 2016**
(grs)